454 A.2d 164

Commonwealth v. Hager, Appellant.

Submitted March 25, 1981. Blake E. Martin, Public Defender, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

454 A.2d 164

Commonwealth v. Hileman, Appellant.

Submitted June 23, 1981. Peter J. O'Donnell, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

The order denying P.C.H.A. relief is affirmed.